AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Western District of Wisconsin

| SCARLETT PAVLOVICH | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 25-CV-00078 |
| NEIL GAIMAN and AMANDA PALMER | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

SCARLETT PAVLOVICH.

Date:   02/14/2025

/s/ Matthew R. Jelenchick
*Attorney's signature*

Matthew R. Jelenchick WI SBN 1037765
*Printed name and bar number*

Niebler, Pyzyk, Carrig, Jelenchick & Hanley LLP
PO Box 444
Menomonee Falls, WI 53052-0444

*Address*

mjelenchick@nieblerpyzyk.com
*E-mail address*

(262) 251-5330
*Telephone number*

(262) 251-1823
*FAX number*