IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

Pavlovich
_____
Plaintiff(s),

v.

Case No. 25-cv-00078

Gaiman
_____
Defendant(s).

MOTION TO APPEAR *PRO HAC VICE*

Andrew B. Brettler of Berk Brettler LLP
Attorney        Firm

respectfully requests that this Court grant admission *pro hac vice* in the above matter. I certify that I am an attorney in good standing licensed to practice in California
Jurisdiction

Dated this  4th  day of  March, 2025

s/ Andrew B. Brettler

Name    Andrew B. Brettler

Firm    Berk Brettler LLP

Address  9119 W. Sunset Blvd.

City    West Hollywood    State  CA    Zip Code  90069

E-Mail  abrettler@berkbrettler.com

Phone   +1 (310) 278-2111