# EXHIBIT B

**Scarlett Wynter**

> You're lucky because the weather has just become very warm, after raining and being miserable for weeks on end. The cicadas are gorgeous. It's definitely helping my mood
> 20:43

> How are you feeling about coming back ?
> 20:44

> Looking forward to seeing people again. And being in my house.
> 23:05 ✓✓

**18 Jan 2023**

> It's good being here. Thinking of you and hoping you are okay.
> 16:06 ✓✓

**19 Jan 2023**

> ...are you okay?
> 22:59 ✓✓