| | |
|---|---|
| **From:** | Thomas Neville |
| **To:** | Kathryn Tewson; abrettler@berkbrettler.com; jcamara@berkbrettler.com; btf@kravitlaw.com; kravit@kravitlaw.com |
| **Cc:** | litigation team |
| **Subject:** | RE: Letter re: Pavlovich v. Gaiman, 3:25-cv-00078-jdp (W.D. Wis.) |
| **Date:** | Monday, March 17, 2025 1:25:43 PM |

Counsel,

It's been over a week since we sent our March 7 correspondence. That letter incorporated an attempt to confer regarding an extension of time to respond to your motion to dismiss. We would appreciate a response within the next 24 hours. If we do not receive a response, we will conclude our request is opposed and file a contested motion.

Sincerely,

Thomas D. Neville

Pronouns: *he/him/his*

Kamerman, Uncyk, Soniker & Klein P.C.

1700 Broadway, 16th Floor

New York, NY 10019

Phone: (212) 400-4930

Direct: (646) 842-1943

www.kusklaw.com

---

**From:** Kathryn Tewson <ktewson@kusklaw.com>
**Sent:** Friday, March 7, 2025 12:55 PM
**To:** abrettler@berkbrettler.com; jcamara@berkbrettler.com; btf@kravitlaw.com; kravit@kravitlaw.com
**Cc:** litigation team <litigation-team@kusklaw.com>
**Subject:** Letter re: Pavlovich v. Gaiman, 3:25-cv-00078-jdp (W.D. Wis.)

Please see attached correspondence regarding the above-captioned matter.

Warmest Regards,

Kathryn Tewson, Paralegal

**Kamerman, Uncyk, Soniker & Klein P.C.**

206-940-3701

*Unless specifically set forth above, the transmission of this communication is not intended to be a legally binding electronic signature, and no offer, commitment or assent on behalf of the sender or*

*its client is expressed or implied by the sending of this message, or any attachments. This message and any attachments contain and are intended to be a confidential transmission of information or documents from Kamerman, Uncyk, Soniker & Klein P.C., which is legally privileged. The materials or information enclosed are intended only for the use of the individual or entity to which this message is addressed. If you are not the intended recipient, an addressee, or the person responsible for delivering this to an addressee, you are hereby notified that reading, using, disclosing, copying, or distributing any part of this message or the taking of any action in reliance on the contents of this transmission is strictly prohibited. If you have received this transmission in error, please contact us immediately and take the steps necessary to delete the message completely from your computer system. Thank you.*