| | |
|---|---|
| **From:** | Andrew Brettler |
| **To:** | Thomas Neville |
| **Cc:** | Dylan Schmeyer; Akiva Cohen; Lane Haygood; mjelenchick@nprclaw.com; michael@denvertriallawyers.com; Lorraine@parkerlipman.com; Dan@parkerlipman.com; Stephen E. Kravit; Brian T. Fahl; Gaiman; Jake Camara; Kai Alblinger |
| **Subject:** | Pavlovich v. Gaiman, W.D. Wis. Case No. 3:25-cv-00078-jdp |
| **Date:** | Monday, March 17, 2025 4:16:17 PM |
| **Attachments:** | 2025.03.17 - ABB-TDN.pdf<br>Gaiman Rule 11 and 1927 Motion for Sanctions 031725 - FINAL.pdf |

Dear Mr. Neville:

Please see the attached correspondence and pleading.

Sincerely,

**Andrew B. Brettler** | BERK BRETTLER LLP
9119 Sunset Blvd. | West Hollywood, CA 90069
O: +1.310.278.2111 | M: +1.917.620.2726