AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Western District of Wisconsin

| | | |
|---|---|---|
| Scarlett Pavlovich | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 25-cv-078 |
| Neil Gaiman, et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Neil Gaiman.

Date:    03/21/2025

s/Wesley E. Haslam
*Attorney's signature*

Wesley E. Haslam, 1121993
*Printed name and bar number*

Kravit, Hovel & Krawczyk, s.c.
825 N. Jefferson St., Ste. 500
Milwaukee, WI 53202

*Address*

weh@kravitlaw.com
*E-mail address*

(414) 271-7100
*Telephone number*

(414) 271-8135
*FAX number*