UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

SCARLETT PAVLOVICH,

               Plaintiff,

-against-

NEIL GAIMAN, AMANDA PALMER

               Defendants.

C.A. NO. 3:25-CV-00078

NOTICE OF SUBSTITUTION OF COUNSEL

## NOTICE OF SUBSTITUTION OF COUNSEL FOR PARKER LIPMAN LLP

Plaintiff respectfully submits this Notice of Substitution of Counsel as to Dan Lipman, Lorraine Parker, and Parker Lipman LLP. Their representation of Plaintiff ended on February 13, 2025. Successor counsel has already entered an appearance on Plaintiff's behalf.

By: */s/ Thomas Neville*_____
   Thomas Neville (admitted *pro hac vice*)
   Dylan Schmeyer (admitted *pro hac vice*)
   Akiva M. Cohen (admitted *pro hac vice*)
   KAMERMAN UNCYK SONIKER &
    KLEIN P.C.
   1700 Broadway
   New York, New York 10019
   Tel: (212) 400-4930
   tneville@kusklaw.com
   dschmeyer@kusklaw.com
   acohen@kusklaw.com

   Matthew R. Jelenchick
   Niebler, Pyzyk, Carrick, Jelenchick, &
    Hanley LLP
   P.O. Box 444
   Menomonee Falls, WI 53052-0444
   Tel: (262) 251-5330
   mjelenchick@nieblerpyzyk.com

Case: 3:25-cv-00078-jdp     Document #: 33     Filed: 03/27/25     Page 2 of 2