United States District Court
Western District of Wisconsin

Scarlett Pavlovich

        Plaintiff

VS

Neil Gaiman and Amanda Palmer

        Defendant

PROOF OF SERVICE

File/Index No.: 25 CV 00078
Issued On: 2/26/2025
Alt File/Index No.:
Calendar No.:

**SERVICE UPON: Amanda Palmer**

State/Commonwealth/Locale of: Massachusetts, County/City of: _LEXINGTON_ : ss

Cynthia Paris does hereby declare, certify and/or affirm as follows: I am not a party to the within action, am over the age of 18 years and reside in the State of Massachusetts.

On 2/27/2025 at 2:15 PM at 14 Glen Road South, Lexington, MA 02420, I effected service of process of the following documents: Summons & Complaint upon Amanda Palmer, a/the defendant in this matter/proceeding:

By delivering to and leaving a true copy thereof with Amanda Palmer personally.

I describe the recipient at the time of service as follows: Gender: Female Race/Skin: white Age: 40's Height: 5-4 Glasses:  Weight: 130 Hair: brown

Declared/Certified/Affirmed on

3/25/2025

Cynthia Paris
Target Legal Process Worldwide Corp.
100 Church Street, Suite 800
New York, NY 10007
(212) 227-9600



Order #:R90766

Personal Service by Personal Delivery