# EXHIBIT 4

 GOV.UK

Find and update company information

Companies House does not verify the accuracy of the information filed (http://resources.companieshouse.gov.uk/serviceInformation.shtml#compInfo)
Advanced company search (/advanced-search)

# NEVERWHERE LLP

Company number **OC417548**

Follow this company

File for this company (https://beta.companieshouse.gov.uk/company/OC417548/authorise?return_to=/company/OC417548/officers)

Overview | Filing history | People | More

- Officers
- Persons with significant control (/company/OC417548/persons-with-significant-control)

## Filter officers

☐ Current officers

Apply filter

## 3 officers / 0 resignations

### GAIMAN, Neil

Correspondence address
  Neil Gaiman, C/O Terry Bird, Chapman, Bird & Tessler, Inc., 1990 South Bundy Drive, Suite 200, Los Angeles, United States, CA 90025

Role Active    **LLP Designated Member**

Date of birth    **November 1960**

Appointed on   **26 May 2017**

Country of residence   **United States**

### HENRY, Lenny

Correspondence address
 **C/O Pbj Management Limited, 22 Rathbone Street, London, United Kingdom, W1T 1LG**

Role Active   **LLP Designated Member**

Date of birth   **August 1958**

Appointed on   **26 May 2017**

Country of residence   **England**

### CRUCIAL FILMS LIMITED

Correspondence address   **27 Mortimer Street, London, United Kingdom, W1T 3BL**

Role Active   **LLP Member**

Appointed on   **26 May 2017**

#### UK Limited Company  What's this?

Registration number   **02183719**

Tell us what you think of this service (https://www.smartsurvey.co.uk/s/getcompanyinformation/) Is there anything wrong with this page? (/help/feedback?sourceurl=https://find-and-update.company-information.service.gov.uk/company/OC417548/officers)

Policies Link opens in new tab

Cookies (https://beta.companieshouse.gov.uk/help/cookies)

Contact us Link opens in new tab

Accessibility statement (https://beta.companieshouse.gov.uk/help/accessibility-statement)

Developers Link opens in new tab

Built by Companies House



© Crown copyright