# Exhibit 5

 **amandapalmer** ✓ · Follow
Boston, Massachusetts

 **amandapalmer** ✓ A personal announcement so important I even put on lipstick for it people.

Hi Boston. I've moved back home.

Sorry for all the vague-posting lately but it's been a...strange summer. It's a long story and it didn't all fit here, so please go read it on my patreon, where the post is free to the public. Link in stories.

Here's the important bit:

After almost twenty years of non-stop travel and hotels and couch-surfing and tour busses, then living out of a suitcase in Aotearoa New Zealand for two and a half years (after getting waylaid there in 2020 when COVID hit), then living in a bit of a temporary stone hallway in Woodstock, New York, for two years...I'm finally at home base. Safe and sound here in good ol' puritan New England and ready to freak out the locals. Ash just started 4th (😳) grade here.

I'm going to mother a lot, and I'm going to write a lot now that I'm finally home.

I'm excited to be talking with the @mitpress about upcoming hijinx, and I'm still an affiliate at the @bkcharvard center...I'm looking forward to keep helping make the internet a better place.

My piano is getting tuned. The Cloud Club is under reconstruction in the wake of Lee's death.

And YOU, hometown?

Man Ray has opened back up.  Café Pamplona is gone.  

❤️ 💬 ✈️                                                     🔖

**7,140 likes**
September 17, 2024

 Add a comment...                                    Post