# EXHIBIT 7

## QUIT CLAIM DEED

DOCUMENT NO.

**638869**

DUNN COUNTY, WI
REGISTER OF DEEDS
HEATHER M. KUHN

RECORDED ON
11/15/2019 12:36 PM
REC FEE:        30.00
FEE EXEMPT #: 3
PAGES: 1

Mary T. Gaiman, a single person, quit claims to Neil R. Gaiman, the following described real estate in Dunn County, State of Wisconsin:

RETURN TO:

Michael J. Fairchild
Attorney at Law
508 Wilson Ave.
Menomonie, WI 54751

Parcel Identification Nos.
016-16228132813-00005,
-00006, -00007, -00008

The South Half of the Northeast Quarter (S½ of NE¼) of Section Twenty-Eight (28), Township Twenty-Eight (28) North, Range Thirteen (13) West, Town of Menomonie.

This is homestead property.

This deed corrects an incomplete description contained in Document No. 636273.

Dated this 7th day of November, 2019.

_____ (SEAL)          _____ (SEAL)
                                             *Mary T. Gaiman


----------AUTHENTICATION----------                    ----------ACKNOWLEDGMENT----------

Signature_____          State of Wisconsin )
                                                           ) ss.
_____           Dunn County        )
authenticated this _____ day of         Personally came before me
_____, 2019.                          this  7th  day of  November , 2019.

                                        the above named  Mary T. Gaiman
       \
_____            Came before me.

*_____           _____
TITLE: MEMBER STATE BAR OF WISCONSIN

                                        Notary Public  /s/ Alexander R. Fairchild

THIS INSTRUMENT WAS DRAFTED BY          Dunn County, Wisconsin
Michael J. Fairchild                    My commission expires on: 10/8/2023
Attorney at Law
508 Wilson Avenue
Menomonie, WI 54751

