# EXHIBIT 8

# Dunn County, WI

## Summary

| | |
|---|---|
| Parcel Number | 1701622813281300012 |
| Alt. Parcel Number | |
| Property Address | E3988 550TH AVE |
| Abbreviated Legal Description | PT. SWNE PT. SENE KNOWN AS LOT 1 CSM 4869 VOLUME 24 PAGE 154 OF SURVEYS RECORDED AS 661752 *(Note: Not to be used on legal documents)* |
| Sec-Twp-Rng | 28-28N-13W |
| Acres | 12.6 |
| Municipality | TOWN OF MENOMONIE |

View Map

## Owner

CURRENT OWNER
NEIL R GAIMAN
1990 S BUNDY DR
STE 850
LOS ANGELES, CA 90025

## Valuation

| Assessed Year | 2024 | 2023 |
|---|---|---|
| Land Value | $62,000.00 | $62,000.00 |
| Building Value | $317,600.00 | $317,600.00 |
| **Total Value** | **$379,600.00** | **$379,600.00** |
| **Estimated Fair MarketValue** | **$652,700.00** | **$596,800.00** |

## Tax History

| Tax Year | 2024 | 2023 |
|---|---|---|
| Net Tax | $7,165.00 | $6,664.74 |
| Special Assessments | $0.00 | $0.00 |
| Woodland\Forest | $0.00 | $0.00 |
| Total | $0.00 | $0.00 |

## Tax Payments

| Year | PaidDate | Amount | Paid |
|---|---|---|---|
| 2024 | 1/13/2025 | $7,165.00 | $3,582.50 |
| 2023 | 4/24/2024 | $6,664.74 | $6,664.74 |

## Sales

| Document Number | Type | Date | Vol / Page | Sale Amount |
|---|---|---|---|---|
| 661752 | 17 - CERTIFIED SURVEY MAP | 8/3/2022 | 24 / 154 | $0 |

No data available for the following modules: Tax Deductions.



User Privacy Policy   GDPR Privacy Notice
Last Data Upload: 4/10/2025, 8:41:33 PM



# Dunn County,WI Web Portal - Property Summary

**Property: 1701622813281300009**

Search powered by GCS

Report-/Print engine
List & Label ® Version 19:
Copyright combit® GmbH
1991-2013

| Tax Year | Prop Type | Parcel Number | Municipality | Property Address | Billing Address |
|---|---|---|---|---|---|
| 2025 | Real Estate | 1701622813281300009 | 016 - TOWN OF MENOMONIE | | NEIL R GAIMAN<br>1990 S BUNDY DR STE 850<br>LOS ANGELES CA 90025 |

| Tax Year Legend: | = owes prior year taxes | = not assessed | = not taxed | Delinquent | Current |
|---|---|---|---|---|---|

## Summary

### Property Summary

| | |
|---|---|
| Parcel #: | 1701622813281300009 |
| Alt. Parcel #: | |
| Parcel Status: | Current Description |
| Creation Date: | 10/7/2022 |
| Historical Date: | |
| Acres: | 2.500 |

### Property Addresses
No Property Addresses were found

### Owners

| Name | Status | Ownership Type | Interest |
|---|---|---|---|
| GAIMAN, NEIL R | CURRENT OWNER | | 100 |
| GAIMAN, MARY T & NEIL R | FORMER OWNER | | |

### Parent Parcels

| Parcel Number ▲ | Creation Date |
|---|---|
| 1701622813281300006 | 11/13/2010 |

### Child Parcels
No Child Parcels were found

### Abbreviated Legal Description
(See recorded documents for a complete legal description)
PT. SW NE LYG SRLY OF HWY AND NRLY OF GILBERT CREEK EXC. CSM 4869

### Public Land Survey - Property Descriptions

| Primary | Section ▲ | Town | Range | Qtr 40 | Qtr 160 | Gov Lot | Block/Condo Bldg | Type | # | Plat |
|---|---|---|---|---|---|---|---|---|---|---|
| ☑ | 28 | 28 N | 13 W | SW | NE | | | | | METES AND BOUNDS |

### District

| Code ▲ | Description | Category |
|---|---|---|
| 0100 | CHIPPEWA VALLEY TECH | TECHNICAL COLLEGE |

|  | DUNN COUNTY | OTHER DISTRICT |
|---|---|---|
|  | LOCAL | OTHER DISTRICT |
|  | STATE OF WISCONSIN | OTHER DISTRICT |
| 3444 | SCH D MENOMONIE AREA | REGULAR SCHOOL |
|  | MENOMONIE FD | OTHER DISTRICT |
| GA | GENERAL AGRICULTURE | OTHER DISTRICT |

| Associated Properties |
|---|
| No Associated properties were found |

## Building Information

| Buildings |
|---|

## Assessments

| Assessment Summary |
|---|
| Estimated Fair Market Value: **0**<br>Assessment Ratio: **0.0000**<br>Legal Acres: **2.500** |

| 2025 valuations | | | | |
|---|---|---|---|---|
| Class | Acres | Land | Improvements | Total |
| G1 - RESIDENTIAL | 2.500 | 26500 | 147100 | 173600 |
| **ALL CLASSES** | **2.500** | **26500** | **147100** | **173600** |

| 2024 valuations | | | | |
|---|---|---|---|---|
| Class | Acres | Land | Improvements | Total |
| G1 - RESIDENTIAL | 2.500 | 26500 | 147100 | 173600 |
| **ALL CLASSES** | **2.500** | **26500** | **147100** | **173600** |

## Taxes

| **Taxes have not been finalized for the year 2025** |
|---|

## Document History

| Doc # | Type | Date | Vol / Page | # Pages | Signed Date | Transfer Date | Sale Amount | # Properties |
|---|---|---|---|---|---|---|---|---|
| 661752 | CERTIFIED SURVEY MAP | 8/3/2022 | 24 / 154 | 0 |  | 6/29/2022 | $0.00 | 0 |
| 638869 | QUIT CLAIM DEED | 11/15/2019 |  | 0 |  | 11/7/2019 | $0.00 | 4 |
| 561229 | MISC | 4/27/2009 |  |  |  | 4/27/2009 | $0.00 | 1 |
| 508040 | WD | 1/21/2004 | 1261 / 185 |  |  |  | $0.00 | 0 |