# Exhibit 9



https://bsky.app/profile/neilhimself.neilgaiman.com/post/3ke2d2k6vxs2r