# Exhibit 10



https://x.com/neilhimself/status/1305552827008385024