# EXHIBIT 11

Google

Skip to main content Accessibility feedback

Round trip 1 Economy

Edinburgh Auckland Sun, Apr 20 Tue, May 6

All filters (1) British Airways Stops Bags Price Times Emissions

Best

Cheapest from **$1,494**

Prices are currently low — $386 cheaper than usual for your search

View price history

Track prices Apr 20 – May 6 Any dates Date grid Price graph

## Departing flights

Prices include required taxes + fees for 1 adult. Optional charges and bag fees may apply. Passenger assistance info.

Sorted by top flights

3:10 PM – 2:45 AM+2
EDI AKL
1 stop · 24 hr 35 min · Qatar Airways · British Airways
$1,494 round trip
1,210 kg CO2e
-7% emissions

4:15 PM – 11:40 AM+2
EDI AKL
2 stops · 32 hr 25 min · British Airways, Cathay Pacific
$2,514 round trip
1,165 kg CO2e
-11% emissions

View more flights

Language · English (United States) Location · United States Currency · USD

About Privacy Terms Join user studies Feedback Help Center

Displayed currencies may differ from the currencies used to purchase flights. Learn more

