# EXHIBIT 12

Google

Skip to main content    Accessibility feedback

Round trip ▾   1 ▾   Economy ▾

Edinburgh ⇄ Madison    Sat, Apr 26 < >   Wed, Apr 30 < >

All filters (1)   British Airways ✕   Stops ▾   Bags ▾   Price ▾   Times ▾   Emissions

Best ⓘ | Cheapest from **$955** ⓘ

Prices are currently low — $616 cheaper than usual for your search

Track prices ⓘ Apr 26 – 30    Date grid    Price graph

## Departing flights

Prices include required taxes + fees for 1 adult. Optional charges and bag fees may apply. Passenger assistance info.

Sorted by top flights

| | | |
|---|---|---|
| 5:55 AM → 2:52 PM<br>EDI MSN<br>2 stops · 14 hr 57 min · British Airways, American · Operated by Envoy Air as Americ… | $955<br>round trip<br>483 kg CO2e<br>Avg emissions ⓘ | |
| 7:05 AM → 6:11 PM<br>EDI MSN<br>2 stops · 17 hr 6 min · British Airways, American · Operated by Envoy Air as America… | $955<br>round trip<br>489 kg CO2e<br>Avg emissions ⓘ | |

View more flights

Language · English (United States)   Location · United States   Currency · USD

About   Privacy   Terms   Join user studies   Feedback   Help Center

Displayed currencies may differ from the currencies used to purchase flights. Learn more

