Exhibit 13

**Can't find your name?**

If you are unable to find your name in this search, and you were admitted prior to 2003, it means that your name has been dropped from the Roll of Attorneys for failure to re-register.

In 2003 the United States District Court required all members of the bar to re-register. Public notice was provided through *Massachusetts Lawyers Weekly*, postings on the court's website, and notices mailed to attorneys address on record with this Court. The re-registration period ran from April 2003 through March 16, 2012. Attorneys who failed to comply were put on Inactive status and may not be listed in our database. Below are the Notices regarding the Re-registration (no longer valid) and the elimination of the Re-registration program.

Effective March 19, 2012, any attorney currently in an inactive status must apply for admission in the same fashion as any attorney seeking general admission. Information on the admission procedure may be found on the court's website under Attorneys.

Re-Registration Notice 2004  |  Elimination of the Re-Registration Program 2012

\* Required fields

**First Name**

William

**Last Name** \*

Fick

OR

**BBO #**

BBO #

Search

| Name | Address | City | State | Zip | Admission Date | BBO |
|---|---|---|---|---|---|---|
| William W. Fick | Fick & Marx LLP<br>24 Federal Street, 4th Flr. | Boston | MA | 02110 | 3/28/2002 | 650562 |