# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| SCARLETT PAVLOVICH,<br><br>                              Plaintiff<br><br>v.<br><br>NEIL GAIMAN, AMANDA<br>PALMER<br>                              Defendants | Case No.: 3:25-CV-00078-JDP<br><br><br>**DECLARATION OF JACK WASS** |

1.    My name is Jack Lamar Watson Wass. I am over the age of eighteen, and I am fully competent to make this declaration and testify to the matters asserted herein.

2.    I am a lawyer admitted to the High Court of New Zealand, and practicing as a barrister from Stout Street Chambers in Wellington, New Zealand.

3.    I have been instructed by Wahlberg, Woodruff, Nimmo & Sloane, LLP and Kamerman Uncyk Soniker & Klein, P.C. to provide my opinion on certain matters of New Zealand law arising in the above-captioned proceedings.

4.    A copy of my opinion addressing those questions is attached as **Exhibit A**. I confirm that represents my true and correct professional opinion on the matters addressed.

5.    A copy of my *curriculum vitae* is attached as **Exhibit B**.

6.     I confirm that I am independent of the parties and that my remuneration for attendances associated with the preparation of this report is limited to payment for time spent at an hourly rate, and I have entered into no arrangements under which the amount or payment of my fee is dependent on the outcome.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on April 12, 2025.

_____
JACK LAMAR WATSON WASS