# EXHIBIT 1

**From:** Mia Dabbous <███████████.co.nz>
**Subject: Re: Extension help**
**Date:** 3 July 2024 at 9:41:19 PM GMT+1
**To:** Scarlett Wynter <███████████>

Hello Scarlett,

I was online for our session and have just disconnected the call. I'm not sure if something came up for you as you weren't online.

I realise you left NZ in a semi-planned way so we didn't have a chance to have a conversation about what support would look like for you when you're in the UK, or what your summer plans are (I'm mindful uni doesn't start for a few weeks).

As mentioned previously, we can't continue ACC-funded therapy when you're living overseas. I will need to close your file with them for now. You can receive support again when you return to NZ. My recommendations is that you're well supported until uni starts and that you get in contact with student services when classes begin.

In case I don't hear back from you, I wish you all the best. I've enjoyed working with you and I hope things start to look up from now on.

Kind regards,

Mia Dabbous – Registered Psychologist
Email: ███████████.co.nz