IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

Scarlett Pavlovich,

    Plaintiff(s)

v.

Amanda Palmer,

    Defendant(s)

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

Case No.: 3:25-cv-00078-JDP

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

    Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the plaintiff(s) _Scarlett Pavlovich_ and or their counsel(s), hereby give notice that the above-captioned action is voluntarily dismissed, without prejudice against the defendant(s) _Amanda Palmer_.

Date: April 21, 2025

_____
*Signature of plaintiffs or plaintiff's counsel*

1700 Broadway, 16th Floor
*Address*

New York, New York 10019
*City, State & Zip Code*

646 845 6085
*Telephone Number*