AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 25-CV- 25-CV-0007800078

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Neil Gaiman

was received by me on *(date)* 04/30/2025 .

☐ I personally served the summons on the individual at *(place)*
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify)*: I posted the summons, etc. at the address of 18 Striebel Road, Bearsville, NY 12409 on May 1, 2025 at 1:17 p.m. I was unable to find the Defendant or any other person of suitable age and discretion upon whom to serve same having attempted to do so on April 30, 2025 at 2:25 p.m., April 30, 2025 at 7:50. pm and May 1, 2025 at 8:03 a.m.

My fees are $ ____ for travel and $ ____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 05/02/2025

*Server's signature*

James D. Cozens, Process Server
*Printed name and title*

3110 Route 28, Suite 306
Shokan, NY 12481
*Server's address*

Additional information regarding attempted service, etc:
On May 1, 2025, I also enclosed copies of the aforesaid documents in a postpaid sealed wrapper properly addressed to the Defendant at 18 Striebel Road, Bearsville, NY 12409, and deposited said wrapper in a post office under exclusive care and custody of the United States Postal Service within New York State. Said Wrapper bore the legend "Personal and Confidential" and did not indicate by return address or otherwise that it was from an attorney or concerned an action against the Defendant. On May 1, 2025 I spoke with, "Jane Doe", neighbor of Defendant at no # Speare Road who confirmed Defendant resides at said address and is not currently in the military service of the United States of America or the State of New York.