UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| SCARLETT PAVLOVICH,<br>    Plaintiff<br><br>v.<br><br>NEIL GAIMAN<br>    Defendant | Case No.: 3:25-CV-00078-JDP |

MOTION FOR ENTRY ON AGREED UPON PROTECTIVE ORDER

  The Plaintiff, Scarlett Pavlovich, by her attorneys, Niebler, Pyzyk, Carrig, Jelenchick & Hanley LLP, by Matthew R. Jelenchick, hereby moves the Court to enter the agreed upon proposed Protective Order filed herein. In preparing the Case Management Plan, counsel for both parties agreed to a proposed Protective Order, the form of which is filed with this Motion.

  Dated this 18th Day of June, 2025.

        **NIEBLER, PYZYK, CARRIG, JELENCHICK & HANLEY LLP**
        Attorneys for Plaintiff

        *Electronically signed by Matthew R. Jelenchick*
        Matthew R. Jelenchick (#1037765)