IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

SCARLETT PAVLOVICH,

    Plaintiff,

v.

                                    Case No.  25-cv-78-jdp

NEIL GAIMAN,

    Defendant.

## JUDGMENT IN A CIVIL CASE

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendant against the plaintiff dismissing this case without prejudice under the doctrine of forum non conveniens.

/s/ Deputy Clerk                                                                 10/03/2025

Joel Turner, Clerk of Court                                          Date