### Notice of Appeal to a Court of Appeals From a Judgment of a District Court

United States District Court
for the Western District of Wisconsin
Docket Number 3:25-cv-00078-jdp

| | |
|---|---|
| Scarlett Pavlovich, Plaintiff<br><br>v.<br><br>Neil Gaiman, Defendant | Notice of Appeal |

Scarlett Pavlovich, Plaintiff, appeals to the United States Court of Appeals for the 7th Circuit from the final judgment entered on October 3, 2025.

(s) /s/ Lane A. Haygood
*Attorney for* Scarlett Pavlovich
*Address*: 1700 Broadway, 16th Floor
New York, New York 10019