APPEAL, CLOSED, JMM, PROTECTIVE_ORDER,

# U.S. District Court
# Western District of Wisconsin (Madison)
# CIVIL DOCKET FOR CASE #: 3:25-cv-00078-jdp

Pavlovich, Scarlett v. Gaiman, Neil  
Assigned to: District Judge James D. Peterson  
Referred to: Magistrate Judge Anita Marie Boor  
Cause: 28:1331 Fed. Question

Date Filed: 02/03/2025  
Date Terminated: 10/03/2025  
Jury Demand: Plaintiff  
Nature of Suit: 890 Other Statutory Actions  
Jurisdiction: Federal Question

**Plaintiff**

**Scarlett Pavlovich**      represented by    **Akiva M Cohen**  
Kamerman Uncyk Soniker & Klein, P.C.  
1700 Broadway  
Ste 16 FL  
New York, NY 10019  
917-742-6193  
Fax: 866-221-6122  
Email: acohen@kusklaw.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Dylan Schmeyer**  
Kamerman, Uncyk, Soniker & Klein PC  
3598 E 106th Ave  
80233  
Thornton, CO 80233  
719-930-5942  
Email: dschmeyer@kusklaw.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Lane Andrew Haygood**  
Kamerman, Uncyk, Soniker & Klein, PC  
1700 Broadway  
16th Floor  
New York, NY 10019  
646-845-6085  
Email: lhaygood@kusklaw.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Matthew R. Jelenchick**  
Niebler, Pyzyk, Roth and Carrig LLP  
P.O. Box 444  
N94 W17900 Appleton Ave, #200

Menomonee Falls, WI 53052-0444
262-251-5330
Fax: 262-251-1823
Email: mjelenchick@nprclaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael Nimmo**
Wahlberg, Woodruff, Nimmo & Sloane, LLP
4601 DTC Boulevard, Ste. 950
Denver, CO 80237
303-571-5302
Email: michael@denvertriallawyers.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Thomas D. Neville**
Kamerman, Uncyk, Soniker & Klein, PC
1700 Broadway
16th Floor
New York, NY 10019
646-842-1943
Email: tneville@kusklaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Neil Richard Gaiman**    represented by    **Andrew Brad Brettler**
9119 W. Sunset Blvd.
West Hollywood, CA 90069
310-278-2111
Fax: 310-550-7055
Email: abrettler@berkbrettler.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Brian T. Fahl**
Kravit Hovel & Krawczyk, S.C.
825 N. Jefferson Street
Milwaukee, WI 53202
414-271-7100 x118
Fax: 414-271-8135
Email: btf@kravitlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jake Camara**

Berk Brettler LLP
9119 Sunset Blvd.
West Hollywood, CA 90069
310-278-2111
Email: jcamara@berkbrettler.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stephen E. Kravit**
Kravit, Hovel & Krawczyk, S.C.
825 North Jefferson Street
Suite 500
Milwaukee, WI 53202
414-271-7100x105
Fax: 414-271-8135
Email: kravit@kravitlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Wesley Haslam**
Kravit, Hovel & Krawczyk, S.C.
825 North Jefferson Street
Suite 500
Milwaukee, WI 53202
414-271-7100
Email: weh@kravitlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Amanda Mackinnon Palmer**
*TERMINATED: 05/02/2025*

| Date Filed | # | Docket Text |
|---|---|---|
| 02/03/2025 | 1 | Motion to Admit Thomas D. Neville Pro Hac Vice. ( Pro Hac Vice fee $ 100 receipt number AWIWDC-3557810.) by Plaintiff Scarlett Pavlovich. (Neville, Thomas) (Entered: 02/03/2025) |
| 02/03/2025 | 2 | COMPLAINT against All Defendants. ( Filing fee $ 405 receipt number AWIWDC-3557815.), filed by Scarlett Pavlovich. (Neville, Thomas) (Entered: 02/03/2025) |
| 02/03/2025 | 3 | Exhibit to 2 Complaint filed by Scarlett Pavlovich (Neville, Thomas) (Entered: 02/03/2025) |
| 02/04/2025 | | Case randomly assigned to District Judge James D. Peterson and Magistrate Judge Anita Marie Boor. (lak) (Entered: 02/04/2025) |
| 02/04/2025 | | Standard attachments for Judge James D. Peterson required to be served on all parties with summons or waiver of service: NORTC, Corporate Disclosure Statement. (lak) (Entered: 02/04/2025) |

| | | |
|---|---|---|
| 02/04/2025 | 4 | **\*\* TEXT ONLY ORDER \*\***<br>**ORDER** granting 1 Motion to Admit Thomas Neville Pro Hac Vice. Signed by Magistrate Judge Anita Marie Boor on 2/4/2025. (lak) (Entered: 02/04/2025) |
| 02/13/2025 | 5 | Motion to Admit Dylan Schmeyer Pro Hac Vice. ( Pro Hac Vice fee $ 100 receipt number AWIWDC-3563778.) by Plaintiff Scarlett Pavlovich. (Schmeyer, Dylan) (Entered: 02/13/2025) |
| 02/13/2025 | 6 | Motion to Admit Lane Andrew Haygood Pro Hac Vice. ( Pro Hac Vice fee $ 100 receipt number CWIWDC-3563782.) by Plaintiff Scarlett Pavlovich. (Haygood, Lane) (Entered: 02/13/2025) |
| 02/13/2025 | 7 | Motion to Admit Akiva M Cohen Pro Hac Vice. ( Pro Hac Vice fee $ 100 receipt number AWIWDC-3563795.) by Plaintiff Scarlett Pavlovich. (Cohen, Akiva) (Entered: 02/13/2025) |
| 02/14/2025 | 8 | **\*\* TEXT ONLY ORDER \*\***<br>**ORDER** granting 5 Motion to Admit Dylan M. Schmeyer Pro Hac Vice; granting 6 Motion to Admit Lane A. Haygood Pro Hac Vice; granting 7 Motion to Admit Akiva M. Cohen Pro Hac Vice. Signed by Magistrate Judge Anita Marie Boor on 2/14/2025. (lak) (Entered: 02/14/2025) |
| 02/14/2025 | 9 | Notice of Appearance *as Co-counsel* filed by Matthew R. Jelenchick for Plaintiff Scarlett Pavlovich. (Jelenchick, Matthew) (Entered: 02/14/2025) |
| 02/14/2025 | 10 | Request for Issuance of Summons by Plaintiff Scarlett Pavlovich. (Jelenchick, Matthew) (Entered: 02/14/2025) |
| 02/18/2025 | 11 | Summons Issued as to Neil Richard Gaiman. (lak) (Entered: 02/18/2025) |
| 02/25/2025 | 12 | Request for Issuance of Summons by Plaintiff Scarlett Pavlovich. (Jelenchick, Matthew) (Entered: 02/25/2025) |
| 02/26/2025 | 13 | Summons Issued as to Amanda Mackinnon Palmer. (lak) (Entered: 02/26/2025) |
| 03/04/2025 | 14 | Notice of Appearance filed by Stephen E. Kravit for Defendant Neil Richard Gaiman. (Kravit, Stephen) (Entered: 03/04/2025) |
| 03/04/2025 | 15 | Notice of Appearance filed by Brian T. Fahl for Defendant Neil Richard Gaiman. (Fahl, Brian) (Entered: 03/04/2025) |
| 03/04/2025 | 16 | Motion to Admit Jake Camara Pro Hac Vice. ( Pro Hac Vice fee $ 100 receipt number AWIWDC-3573359.) by Defendant Neil Richard Gaiman. (Camara, Jake) (Entered: 03/04/2025) |
| 03/04/2025 | 17 | Motion to Admit Andrew Brad Brettler Pro Hac Vice. ( Pro Hac Vice fee $ 100 receipt number AWIWDC-3573358.) by Defendant Neil Richard Gaiman. (Brettler, Andrew) (Entered: 03/04/2025) |
| 03/04/2025 | 18 | **MOTION TO DISMISS** by Defendant Neil Richard Gaiman. Brief in Opposition due 3/25/2025. Brief in Reply due 4/4/2025. (Kravit, Stephen) (Entered: 03/04/2025) |
| 03/04/2025 | 19 | Brief in Support of 18 Motion to Dismiss by Defendant Neil Richard Gaiman (Kravit, Stephen) (Entered: 03/04/2025) |
| 03/04/2025 | 20 | Motion to Seal by Defendant Neil Richard Gaiman. (Kravit, Stephen) (Entered: 03/04/2025) |

| | | |
|---|---|---|
| 03/04/2025 | 21 | Disregard. (Sealed Document) Modified on 3/4/2025. (lak) (Entered: 03/04/2025) |
| 03/04/2025 | 22 | Declaration of Neil Gaiman filed by Defendant Neil Richard Gaiman re: 18 Motion to Dismiss (Sealed Document) (Attachments:<br># 1 Exhibit A - WhatApp Messages,<br># 2 Exhibit B - Screenshot,<br># 3 Exhibit C - Contractor Agreement) (Kravit, Stephen) (Entered: 03/04/2025) |
| 03/04/2025 | 23 | Redaction to 22 Declaration, *of Neil Gaiman* by Defendant Neil Richard Gaiman (Attachments:<br># 1 Exhibit A - WhatsApp Messages,<br># 2 Exhibit B - Screenshot,<br># 3 Exhibit C - Contractor Agreement) (Kravit, Stephen) (Entered: 03/04/2025) |
| 03/05/2025 | 24 | ** TEXT ONLY ORDER **<br>ORDER granting 16 Motion to Admit Jake A. Camara Pro Hac Vice; granting 17 Motion to Admit Andrew B. Brettler Pro Hac Vice. Signed by Magistrate Judge Anita Marie Boor on 3/5/2025. (lak) (Entered: 03/05/2025) |
| 03/13/2025 | 25 | Motion to Admit Michael Nimmo Pro Hac Vice. ( Pro Hac Vice fee $ 100 receipt number AWIWDC-3578259.) by Plaintiff Scarlett Pavlovich. (Nimmo, Michael) (Entered: 03/13/2025) |
| 03/14/2025 | 26 | ** TEXT ONLY ORDER **<br>ORDER granting 25 Motion to Admit Michael Nimmo Pro Hac Vice. Signed by Magistrate Judge Anita Marie Boor on 3/14/2025. (lak) (Entered: 03/14/2025) |
| 03/14/2025 | 27 | Notice of Appearance filed by Michael Nimmo for Plaintiff Scarlett Pavlovich. (Nimmo, Michael) (Entered: 03/14/2025) |
| 03/19/2025 | 28 | ** TEXT ONLY ORDER **<br>For good cause, defendant's motion to seal is GRANTED. Signed by Magistrate Judge Anita Marie Boor on 3/19/2025. (rks) (Entered: 03/19/2025) |
| 03/19/2025 | 29 | Motion for Extension of Time *to Oppose Motion to Dismiss* by Plaintiff Scarlett Pavlovich. Response due 3/26/2025. (Attachments:<br># 1 Exhibit Exhibit A - Email re: Letter in Pavlovich v. Gaiman,<br># 2 Exhibit Exhibit B - Defendant's Email Response,<br># 3 Exhibit Exhibit C - Email re: Pavlovich v. Gaiman) (Haygood, Lane) (Entered: 03/19/2025) |
| 03/20/2025 | 30 | ** TEXT ONLY ORDER **<br>Notice to parties:<br>When I was in private practice, my firm served as local counsel to Todd McFarlane in *Gaiman v. McFarlane*, Case No. 02-CV-48 in this district. I did not make a formal appearance, and I had only minor involvement in the case. To the best of my recollection, I may have reviewed some briefs written by others and I attended part of the trial. I do not believe that my involvement with *Gaiman v. McFarlane* warrants my recusal. I am making this disclosure now so that if any party disagrees, the party may move for recusal before I have to make substantive decisions in this case. For the parties who have appeared, a motion for recusal should be filed by March 28; the other parties may respond by April 4. If any party who has yet to appear seeks my recusal, they must do so within seven days of their first appearance. Signed by District Judge James D. Peterson on 3/20/2025. (rks) (Entered: 03/20/2025) |

| Date | # | Description |
|---|---|---|
| 03/21/2025 | 31 | **\*\* TEXT ONLY ORDER \*\*** Plaintiff has filed a motion for extension of time, Dkt. 29 , asking to move her deadline to respond to defendant's motion to dismiss from March 25 to April 11. Plaintiff explains that it sent defendant a Rule 11 letter that triggered a safe harbor period expiring on March 28. Per plaintiff, this letter relates to defendant's use of text messages in its motion to dismiss, although it is not clear how the letter relates to the actual merits of the motion. Plaintiff also explains that defendant's motion to dismiss references New Zealand law and that plaintiff needs more time to consult with an expert on defendant's characterization of the law. The court will move deadlines for good cause only, and it is skeptical that plaintiff's reasons meet that standard. Wanting to see whether defendant will withdraw or change its motion to dismiss in response to a Rule 11 letter alone is not sufficient reason to postpone the response deadline. If defendant's motion is flawed, plaintiff should be prepared to explain that to the court now. And the reference to New Zealand law should not be entirely unexpected given the allegations in the complaint. All that said, in light of the varied issues raised in the motion to dismiss, the court will GRANT plaintiff's motion and offer both parties some additional time. The following deadlines are RESET: Plaintiff's opposition is due April 11; defendant's reply is due April 30. Signed by Magistrate Judge Anita Marie Boor on 3/21/2025. (rks) (Entered: 03/21/2025) |
| 03/21/2025 | 32 | Notice of Appearance filed by Wesley Haslam for Defendant Neil Richard Gaiman. (Haslam, Wesley) (Entered: 03/21/2025) |
| 03/24/2025 |  | Disregard; docketed in error. Telephone Pretrial Conference has been removed calendar. Modified on 3/24/2025 (rks). (Entered: 03/24/2025) |
| 03/27/2025 | 33 | Notice by Plaintiff Scarlett Pavlovich . (Neville, Thomas) (Entered: 03/27/2025) |
| 04/01/2025 |  | Action Requested: Plaintiff is requested to promptly file proof of service of the complaint as to Amanda Mackinnon Palmer. (rks) (Entered: 04/01/2025) |
| 04/02/2025 | 34 | Certificate of Service by Plaintiff Scarlett Pavlovich as to 2 Complaint. (Jelenchick, Matthew) (Entered: 04/02/2025) |
| 04/02/2025 | 35 | Notice by Plaintiff Scarlett Pavlovich *Letter from Attorney Dylan M. Schmeyer re: Disposition of Amanda Palmer*. (Attachments:<br># 1 Exhibit Exhibit 1 - Email exchange re: Massachusetts litigation) (Jelenchick, Matthew) (Entered: 04/02/2025) |
| 04/11/2025 | 36 | Brief in Opposition by Plaintiff Scarlett Pavlovich re: 18 Motion to Dismiss filed by Neil Richard Gaiman (Neville, Thomas) (Entered: 04/11/2025) |
| 04/11/2025 | 37 | Declaration of Dylan Schmeyer filed by Plaintiff Scarlett Pavlovich *In Opposition* re: 18 Motion to Dismiss (Attachments:<br># 1 Exhibit Exhibit 1 Gaiman Bio,<br># 2 Exhibit Exhibit 2 Neil Gaiman's Journal Breaking the Silence,<br># 3 Exhibit Exhibit 3 Fick Appearance D. Mass,<br># 4 Exhibit Exhibit 4 Companies House registration information for NEVERWHERE LLP,<br># 5 Exhibit Exhibit 5 2024-09-17 Palmer IG Post,<br># 6 Exhibit Exhibit 6 Affidavit of Service on Amanda Palmer,<br># 7 Exhibit Exhibit 7 Quit-Claim Deed,<br># 8 Exhibit Exhibit 8 Neil Gaiman Property Ownership Records,<br># 9 Exhibit Exhibit 9 Bluesky post 2023-11-12, |

| | | |
|---|---|---|
| | | # 10 Exhibit Exhibit 10 2020 Twitter Post,<br># 11 Exhibit Exhibit 11 - Edinburgh to Auckland _ Google Flights,<br># 12 Exhibit Exhibit 12 - Edinburgh to Madison _ Google Flight,<br># 13 Exhibit Exhibit 13 Fick admissions) (Neville, Thomas) (Entered: 04/11/2025) |
| 04/11/2025 | 38 | Declaration of Jack Wass filed by Plaintiff Scarlett Pavlovich *In Opposition* re: 18 Motion to Dismiss (Attachments:<br># 1 Exhibit Jack Wass Report,<br># 2 Exhibit Jack Wass CV) (Neville, Thomas) Modified on 4/14/2025: E-mail sent to counsel re: report. (lak) (Entered: 04/11/2025) |
| 04/11/2025 | 39 | Declaration of Scarlett Pavlovich filed by Plaintiff Scarlett Pavlovich *In Opposition* re: 18 Motion to Dismiss (Attachments:<br># 1 Exhibit Redacted Email) (Neville, Thomas) (Entered: 04/11/2025) |
| 04/24/2025 | | Set Telephone Pretrial or Status Conference: Telephone Pretrial Conference set for 5/28/2025 at 03:30 PM before Magistrate Judge Anita M. Boor. Please call (669) 254-5252 and enter meeting ID 161 2455 6623 when prompted. Wait to be admitted into the conference. The parties are advised that a Rule 26(f) conference shall occur not less than two weeks before the preliminary pretrial conference, and that the parties' report or reports must be filed not less than one week before the preliminary pretrial conference.[Standing Order Governing Preliminary Pretrial Conference attached] [Procedures for Requesting a Hearing to Resolve a Deposition Dispute attached] (rks) (Entered: 04/24/2025) |
| 04/28/2025 | 40 | Motion to Voluntarily Dismiss *Amanda Palmer* by Plaintiff Scarlett Pavlovich. (Cohen, Akiva) (Entered: 04/28/2025) |
| 04/30/2025 | 41 | Brief in Reply by Defendant Neil Richard Gaiman in Support of 18 Motion to Dismiss (Kravit, Stephen) (Entered: 04/30/2025) |
| 04/30/2025 | 42 | Declaration of David PH Jones KC filed by Defendant Neil Richard Gaiman re: 18 Motion to Dismiss (Kravit, Stephen) (Entered: 04/30/2025) |
| 05/02/2025 | 43 | ** TEXT ONLY ORDER **<br>Plaintiff has filed what she calls a "notice of voluntary dismissal" under Federal Rule of Civil Procedure 41 regarding her claims against Amanda Palmer. Dkt. 40 . But claims remain against the other defendant. When a party wishes to dismiss less than the entire action, the proper course is to file an amended pleading under Federal Rule of Civil Procedure 15(a) rather than a notice of dismissal under Rule 41. *See Taylor v. Brown*, 787 F. 3d 851, 857-58 (7th Cir. 2015). The court construes the notice as a motion for leave to amend the complaint, and so construed, the motion is GRANTED. Amanda Palmer is DISMISSED without prejudice. Plaintiff need not file a new complaint. Signed by District Judge James D. Peterson on 5/2/2025. (rks) (Entered: 05/02/2025) |
| 05/05/2025 | 44 | Summons Returned Executed by Plaintiff Scarlett Pavlovich as to 2 Complaint. (Jelenchick, Matthew) Modified on 5/6/2025. (lak) (Entered: 05/05/2025) |
| 05/21/2025 | 45 | Joint Preliminary Pretrial Conference Report by Plaintiff Scarlett Pavlovich (Jelenchick, Matthew) (Entered: 05/21/2025) |
| 05/28/2025 | | Minute Entry for proceedings held before Magistrate Judge Anita Marie Boor: Telephone Preliminary Pretrial Conference held on 5/28/2025 [00:53] (ckl) (Entered: 05/28/2025) |

| | | |
|---|---|---|
| 05/29/2025 | 46 | **\*\* TEXT ONLY ORDER \*\***<br>The court held a telephonic preliminary pretrial conference on May 28, 2025. Both parties were represented by counsel. The court started by leading a discussion on case management. For the reasons discussed, the case is not stayed, and discovery is open. Regarding discovery, the court ordered the parties to meet and confer and propose for the court's consideration (1) a case management plan to address the manner and scope of discovery and (2) a standing protective order to govern the exchange of confidential information. The proposed discovery plan should set forth limits for both written discovery and depositions, taking into account Rule 26's requirement that discovery be proportional to the needs of the case. The parties should consider the ability to take depositions remotely and metrics for limiting depositions. The proposed discovery plan and proposed protective order are due June 18, 2025, to take into account the parties' initial disclosures. The court then set the case schedule, to issue in a separate order. The parties had no other topics to discuss. Signed by Magistrate Judge Anita Marie Boor on 8/29/2025. (rks) (Entered: 05/29/2025) |
| 05/29/2025 | 47 | Pretrial Conference **Order** - Preliminary Pretrial Packet in cases assigned to District Judge James D. Peterson attached. Amendments to Pleadings due 7/28/2025. Dispositive Motions due 2/2/2026. Settlement Letters due 6/11/2026. Rule 26(a)(3) Disclosures and Motions in Limine due 6/18/2026. Responses due 7/2/2026. Final Pretrial Conference set for 7/15/2026 at 02:30 PM. Second Final Pretrial Conference set for 7/22/2026 at 02:30 PM. Jury Selection and Trial set for 7/27/2026 at 09:00 AM. Signed by Magistrate Judge Anita Marie Boor on 5/29/2025. (rks) (Entered: 05/29/2025) |
| 06/18/2025 | 48 | Joint Discovery Plan (Jelenchick, Matthew) (Entered: 06/18/2025) |
| 06/18/2025 | 49 | Motion for Protective Order *Agreed upon* by Plaintiff Scarlett Pavlovich. (Attachments:<br># 1 proposed Protective Order) (Jelenchick, Matthew) (Entered: 06/18/2025) |
| 06/26/2025 | 50 | **\*\* TEXT ONLY ORDER \*\***<br>Plaintiff's motion for the parties' agreed-upon protective order, Dkt. 49 , is GRANTED and the proposed protective order, Dkt. 49 -1, is entered as the court's own with the following modification: Paragraph B.1 is modified by striking "the person in good faith believes," to comply with *Citizens First Nat. Bank of Princeton v. Cincinnati Ins. Co.*, 178 F.3d 943, 945 (7th Cir. 1999), which requires definitions concerning confidentiality to be objective, not subjective. Signed by Magistrate Judge Anita Marie Boor on 6/26/2025. (rks) (Entered: 06/26/2025) |
| 10/03/2025 | 51 | **ORDER** granting 18 Motion to Dismiss. Signed by District Judge James D. Peterson on 10/03/2025. (nln) (Entered: 10/03/2025) |
| 10/03/2025 | 52 | JUDGMENT entered in favor of defendant dismissing the case without prejudice. (nln) (Entered: 10/03/2025) |
| 10/03/2025 | 53 | NOTICE OF APPEAL by Plaintiff Scarlett Pavlovich as to 51 Order on Motion to Dismiss, 52 Judgment. Filing fee of $ 605, receipt number AWIWDC-3685773 paid. (Haygood, Lane) Modified on 10/3/2025: Appeal to the Seventh Circuit, not the Federal Circuit. Docketing Statement not filed. (lak) (Entered: 10/03/2025) |